THE NORTHERN ELEVATOR COMPANY, LIMITED, Appellant, *v.* THE LEHIGH VALLEY RAILROAD COMPANY, Respondent.

Reported below, 98 App. Div. 635.
(Argued May 29, 1905; decided June 6, 1905.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 8, 1904, affirming a judgment in favor of defendant entered upon a verdict directed by the court and an order denying a motion for a new trial.

The motion was made upon the grounds that the judgment of affirmance by the Appellate Division was unanimous, the exceptions frivolous, and that the record presented no questions of law for review.

*James McCormick Mitchell* for motion.

*J. Henry Metcalf* opposed.

Motion denied, with ten dollars costs.

---

JULIA THAXTER, Appellant, *v.* MARY T. THAIN, Respondent.

*Thaxter* v. *Thain,* 100 App. Div. 488, appeal dismissed.
(Argued May 29, 1905; decided June 6, 1905.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 18, 1905, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to consider the appeal, the judgment of the Appellate Division having been unanimous and permission to appeal not having been granted.

*Alexander Thain* for motion.

*David B. Hill* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.